# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                            Case No.  6:05-cr-50-Orl-31KRS

**JEFFREY MEDINA**

_____

## ORDER ON REVOCATION OF SUPERVISED RELEASE

This matter came before the Court on November 18, 2008 for consideration of a Report and Recommendation rendered by Magistrate Judge Karla R. Spaulding (Doc. No. 88), after a Final Probation Revocation Hearing on a Petition for Revocation filed by the Probation Officer on August 29, 2008. The Defendant was represented at the hearing by Stephen J. Langs, 201 S. Orange Avenue #300, Orlando, FL 32801

Having heard from the parties, it is

**ORDERED AND ADJUDGED** that the Defendant is reinstated to his previous terms and conditions of supervised release.

**DATED AND ORDERED** on November 18, 2008 in Orlando, Florida..

                                                      GREGORY A. PRESNELL
                                            UNITED STATES DISTRICT JUDGE

Copies to:
Bureau of Prisons
U.S. Magistrate Judge
Attorney for Defendant
U.S. Attorney's Office
U.S. Probation
U.S. Marshal
Defendant